■ MINNIE SIEGEL, Respondent, v. ISAAC SIEGEL, Appellant. In the Matter of LOUIS MISHELL et al., Respondents, v. ISAAC SIEGEL, Appellant.— In an action for a separation by the wife, the defendant husband appeals: (a) from so much of a judgment of the Supreme Court, Kings County, rendered March 14, 1962, upon the decision of the court after a nonjury trial, granting a judicial separation to the wife, as awarded to her permanent alimony of $240 a week, to be reduced to $200 upon the happening of specified contingencies, and as awarded to her $2,500 for additional counsel fees; and (b) from an order of said court, dated September 6, 1962, awarding to the wife additional counsel fees of $1,200 for services rendered and to be rendered in resisting the husband's appeal from the said judgment and his application to stay its enforcement pending the appeal. In a proceeding by the husband's former attorneys, Mishell and Garlock, to fix their fees for services rendered to him in this action, the husband appeals from an order of said court, dated February 27, 1962, fixing such fees, including disbursements, at $5,250, and directing him to pay to such attorneys the unpaid balance of $3,750. In the action: Judgment, insofar as appealed

from, affirmed, without costs; and order modified on the facts by reducing the additional counsel fees from $1,200 to $500. As so modified, the order is affirmed, without costs. In our opinion, under all the circumstances, the award of $1,200 was excessive. In the proceeding: Order affirmed, without costs. No opinion. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.